**In re Don Roger NORMAN, Roger William Norman, and South Meadows Properties Limited Partnership, Petitioners.**

**Misc. No. 730.**

United States Court of Appeals, Federal Circuit.

DECIDED: April 30, 2003.

*ORDER*

BRYSON, Circuit Judge.

Don Roger Norman et al. (Norman) move to voluntarily dismiss their petition

for a writ of mandamus as moot.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to voluntarily dismiss the mandamus petition is granted.

* Norman requests that the dismissal be "without prejudice." It is not this court's usual practice to designate a dismissal as being with or without prejudice, and in this instance there is no indication why the dismissal should be labeled as such.